HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
SABIAN QUESADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-0240-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO ADVANCE BAIL REVIEW HEARING |
| v. | ) ) | |
| SABIAN QUESADA, | ) ) | Date: February 11, 2021 Time: 2:00 p.m. |
| Defendant. | ) ) ) | Judge: Hon. Allison Claire |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sabian Quesada, that the bail review hearing scheduled for February 12, 2021 at 2:00 p.m. be advanced to February 11, 2021 at 2:00 p.m.

Government counsel will be out of the office on Friday, February 12, 2021. The parties agree that the proceedings will be most efficient if government counsel is able to attend the hearing, as opposed to having another Assistant United States Attorney stand in. The Pretrial Services Officer has interviewed Mr. Quesada and has advised the parties that the one-day advancement will impede the Pretrial Services investigation.

Mr. Quesada is in COVID-related quarantine at the Sacramento County Jail and requests that the hearing proceed as soon as possible, even in his absence. Accordingly, the parties request that the bail review hearing in this case be advanced by one day to February 11, 2021.

Dated: February 10, 2021

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Sabian Quesada

MCGREGOR SCOTT
United States Attorney

DATED:  February 10, 2021

 */s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

### [PROPOSED] O R D E R

**IT IS HEREBY ORDERED** that the bail review hearing scheduled for February 12, 2021, at 2:00 p.m. is advanced to February 11, 2021, at 2:00 p.m.  The Court finds that there is good cause for to advance the hearing to permit assigned government counsel to appear on the government's behalf.

Dated: February 10, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE