**FILED**
February 11, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SABIAN ZAKORY QUESADA,<br><br>Defendant. | Case No. 2:20CR00240-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SABIAN ZAKORY QUESADA ,

Case No.  2:20CR00240-JAM  Charge 21USC § 841 (a)(1) , from custody for the following reasons:

         Release on Personal Recognizance

         Bail Posted in the Sum of $

   x   Unsecured Appearance Bond $   50,000.00

         Appearance Bond with 10% Deposit

         Appearance Bond with Surety

         Corporate Surety Bail Bond

   X   (Other): Pretrial conditions as stated on the record.

Issued at Sacramento, California on February 11, 2021 at 2:00 pm

**The defendant's release is delayed until 2/12/2021 at 9:00 a.m. to be released to Catherine Defazio and transported to WellSpace.**

By: *Allison Claire* (signature)

Magistrate Judge Allison Claire