| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorney for Defendant<br>SABIAN QUESADA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00240-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| | ) | |
| SABIAN QUESADA, | ) | Date: July 27, 2021 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sabian Quesada, that the status conference scheduled for May 18, 2021 at 9:30 a.m. be continued to **July 27, 2021 at 9:30 a.m.**

Defense counsel needs additional time to complete investigation and provide the government with reciprocal discovery for consideration in plea negotiations. The parties agree that additional time is needed for defense investigation and preparation.

The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: May 13, 2021                                    Respectfully submitted,

                                                       HEATHER E. WILLIAMS
                                                       Federal Public Defender

                                                       /s/ Megan T. Hopkins
                                                       MEGAN T. HOPKINS
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       Sabian Quesada


                                                       PHILLIP A. TALBERT
                                                       Acting United States Attorney

DATED: May 13, 2021                                    /s/ James Conolly
                                                       JAMES CONOLLY
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff


## O R D E R

**IT IS HEREBY ORDERED** that the status conference scheduled for May 18, 2021, at 9:30 a.m. is **CONTINUED** to **July 27, 2021, at 9:30 a.m.** The time period between May 18, 2021 and July 27, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 13, 2021                                    /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT COURT JUDGE