FILED
July 1, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SABIAN ZAKORY QUESADA,

    Defendant.

Case No. 2:20-cr-00240-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SABIAN ZAKORY QUESADA</u>, Case No. <u>2:20-cr-00240-JAM</u> Charge <u>21 USC § 841A21</u>, from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_X\_\_ Unsecured Appearance Bond $  50,000

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    \_\_X\_\_ (Other): <u>The defendant release on bond will be delayed until July 9, 2021 at 10:00 AM, at which time the defendant will be release and transported by Frank Ward or another authorized representative of Jericho Project, from Sacramento County Jail directly to the Jericho Project's inpatient treatment program.</u>

Issued at Sacramento, California on July 1, 2021 at 9:15 AM.

                                         By: *Allison Claire*

                                             Magistrate Judge Allison Claire