HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
SABIAN QUESADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-cr-0240-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SABIAN QUESADA, | Date:  November 9, 2021 |
| Defendant. | Time:  9:30 a.m.<br>Judge:  Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sabian Quesada, that the status conference scheduled for July 27, 2021 at 9:30 a.m. be continued to **November 9, 2021 at 9:30 a.m.**

Defense counsel needs additional time to complete investigation and provide the government with reciprocal discovery for consideration in plea negotiations.  The parties agree that additional time is needed for defense investigation and preparation.

The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: July 23, 2021                                                       Respectfully submitted,

                                                                                          HEATHER E. WILLIAMS
                                                                                          Federal Public Defender

                                                                                          /s/ Megan T. Hopkins
                                                                                          MEGAN T. HOPKINS
                                                                                          Assistant Federal Defender
                                                                                          Attorney for Defendant
                                                                                          Sabian Quesada


                                                                                          PHILLIP A. TALBERT
                                                                                          Acting United States Attorney

DATED:  July 23, 2021                                                   /s/ James Conolly
                                                                                          JAMES CONOLLY
                                                                                          Assistant United States Attorney
                                                                                          Attorney for Plaintiff


## O R D E R

**IT IS HEREBY ORDERED** that the status conference scheduled for July 27, 2021, at 9:30 a.m. is continued to **November 9, 2021, at 9:30 a.m.** The time period between July 23, 2021 and November 9, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:  July 23, 2021                                                   /s/ John A. Mendez
                                                                                          THE HONORABLE JOHN A. MENDEZ
                                                                                          UNITED STATES DISTRICT COURT JUDGE