HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
SABIAN QUESADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-cr-00240-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SABIAN QUESADA, | Date:   June 28, 2022 |
| Defendant. | Time:   9:30 a.m. |
| | Judge:  Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sabian Quesada, that the status conference scheduled for February 15, 2022 at 9:30 a.m. be continued to **June 28, 2022 at 9:30 a.m.**

Defense counsel needs additional time to complete investigation and provide the government with reciprocal discovery for consideration in plea negotiations.  Mr. Quesada is participating in a residential drug treatment program through the Jericho Project, and is expected to graduate in May or June of this year.  Following his graduation, Mr. Quesada will need a short time with his counsel to discuss and conduct additional mitigation investigation related to his recovery.  The parties agree that additional time is needed for defense investigation and preparation.

1    The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: February 9, 2022                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Public Defender

                                           /s/ Megan T. Hopkins
                                           MEGAN T. HOPKINS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           Sabian Quesada


                                           PHILLIP A. TALBERT
                                           United States Attorney


DATED:  February 9, 2022                    /s/ James Conolly
                                           JAMES CONOLLY
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **June 28, 2022, at 9:30 a.m.** The time period between February 15, 2022 and June 28, 2022 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:  February 11, 2022                   /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE