HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
SABIAN QUESADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:20-cr-0240-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| SABIAN QUESADA, | ) ) | Date:   January 31, 2023 |
| Defendant. | ) ) ) | Time:   9:00 a.m. Judge:  Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sabian Quesada, that the status conference scheduled for October 25, 2022 at 9:00 a.m. be continued to **January 31, 2023 at 9:00 a.m.**

Mr. Quesada is currently employed and living in a sober facility, receiving aftercare treatment for substance abuse following his graduation from the year-long Jericho Project inpatient program. Defense counsel needs additional time to provide the government with reciprocal discovery, including documentation of Mr. Quesada´s rehabilitative success, for consideration in plea negotiations.  The parties agree that additional time is needed for defense investigation and preparation.

The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, will permit defense counsel time to obtain documentation of Mr. Quesada´s rehabilitation and provide it to government counsel, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: October 19, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Sabian Quesada


PHILLIP A. TALBERT
United States Attorney

DATED:  October 19, 2022

/s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **January 31, 2023, at 9:00 a.m.** The time period between October 19, 2022, and January 31, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 20, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE