HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
SABIAN QUESADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-0240-JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| v. | ) **AND EXCLUDE TIME** |
| | ) |
| SABIAN QUESADA, | ) |
| Defendant. | ) Date: May 2, 2023 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Hon. John A. Mendez |
| | ) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective

counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant

Federal Defender Megan T. Hopkins, counsel for defendant Sabian Quesada, that the status

conference scheduled for March 7, 2023 at 9:00 a.m. be continued to **May 2, 2023 at 9:00 a.m.**

The defense requests the continuance in order to complete investigation, obtain

documentation relating to Mr. Quesada's social history, inpatient substance abuse treatment

history, and current employment, and prepare a mitigation memorandum for the government in

order to advance plea negotiations and resolve this case. Resetting the hearing for May 2, 2023

will provide sufficient time for additional defense investigation and preparation, pre plea

negotiations, and reciprocal exchange of any outstanding discovery items.

1         Accordingly, the parties request that the status conference in this matter be reset for

2    Tuesday, May 2, 2023, at 9:00 a.m. or as soon thereafter as the Court is available.  The parties

3    agree that the ends of justice served by resetting the status conference date outweigh the best

4    interest of the public and the defendant in a speedy trial.  Therefore the parties agree that time is

5    excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

6

7    Dated: March 1, 2023                       Respectfully submitted,

8                                               HEATHER E. WILLIAMS
                                                Federal Public Defender
9
                                                */s/ Megan T. Hopkins*
10                                              MEGAN T. HOPKINS
                                                Assistant Federal Defender
11                                              Attorney for Defendant
                                                Sabian Quesada
12

13                                              PHILLIP A. TALBERT
                                                United States Attorney
14

15   Dated:  March 1, 2023                      */s/ James Conolly*
16                                              JAMES CONOLLY
                                                Assistant United States Attorney
17                                              Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference is **CONTINUED** to **May 2, 2023, at 9:00 a.m.** The time period between March 7, 2023 and May 2, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 1, 2023

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE