HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
SABIAN QUESADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:20-cr-00240-JAM |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | ) ) ) | |
| SABIAN QUESADA, | ) ) | Date:   October 17, 2023 |
| Defendant. | ) ) ) | Time:   9:00 a.m. Judge:  Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sabian Quesada, that the status conference scheduled for August 29, 2023 at 9:00 a.m. be continued to **October 17, 2023 at 9:00 a.m.**

The government has advised defense counsel that a formal plea offer is forthcoming, and in anticipation of that the parties require additional time for plea negotiations before setting a change of plea hearing.  The requested continuance will allow sufficient time for additional defense investigation and preparation, pre plea negotiations, and reciprocal exchange of any outstanding discovery items.  Accordingly, the parties request that the status conference in this matter be reset for October 17, 2023, at 9:00 a.m. or as soon thereafter as the Court is available.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: August 23, 2023                          Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Public Defender

                                                */s/ Megan T. Hopkins*
                                                MEGAN T. HOPKINS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Sabian Quesada


                                                PHILLIP A. TALBERT
                                                United States Attorney

DATED:  August 23, 2023                          */s/ James Conolly*
                                                JAMES CONOLLY
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

# O R D E R

**IT IS HEREBY ORDERED** that the status conference is **CONTINUED** to **October 17, 2023, at 9:00 a.m.**  The time period between August 29, 2023 and October 17, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 23, 2023                          /s/ John A. Mendez
                                                _____
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE