HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
SABIAN QUESADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>SABIAN QUESADA,<br><br>　　　Defendant. | Case No. 2:20-cr-00240-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:　January 9, 2024<br>Time:　9:00 a.m.<br>Judge:　Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Sabian Quesada, that the status conference scheduled for October 17, 2023, at 9:00 a.m. be continued to **January 9, 2024, at 9:00 a.m.**

The government has advised defense counsel that a formal plea offer is forthcoming, although it has been somewhat delayed due to the government's trial schedule and other extraneous matters. In anticipation of the first formal plea offer in this case, the parties anticipate the need for additional time for plea negotiations before setting a change of plea hearing. The requested continuance will allow sufficient time for additional defense investigation and preparation, pre plea negotiations, and reciprocal exchange of any outstanding discovery items.

Accordingly, the parties request that the status conference in this matter be reset for Tuesday, January 9, 2024, at 9:00 a.m. or as soon thereafter as the Court is available.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: October 12, 2023

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Sabian Quesada

PHILLIP A. TALBERT
United States Attorney

DATED: October 12, 2023

*/s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference is **CONTINUED** to **January 9, 2024, at 9:00 a.m.** The time period between October 17, 2023 and January 9, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 12, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE