HEATHER E. WILLIAMS, BAR #122664
Federal Defender
MEGAN T. HOPKINS, BAR #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
SABIAN ZAKORY QUESADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00240-JAM |
|---|---|
| Plaintiff, | **ORDER TO FILE UNDER SEAL** |
| vs. | Date: August 20, 2024<br>Time: 9:30 a.m. |
| SABIAN ZAKORY QUESADA, | Judge: Honorable John A. Mendez |
| Defendant. | |

GOOD CAUSE APPEARING, upon application of Defendant Sabian Zakory Quesada, the Court orders that Defendant's Supplemental Sentencing Memorandum shall be filed under seal. The aforementioned documents shall be made available to Assistant United States Attorney James Conolly and Assistant Federal Defender, Megan Hopkins.

This document shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: August 14, 2024        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

1