PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-00240-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SCHEDULE FOR BRIEFING SENTENCING ISSUE; ORDER** |
| v. | |
| SABIAN ZAKORY QUESADA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On August 20, 2024, the Court sentenced the defendant to 30 months of incarceration. ECF No. 88. At the hearing, the Court directed the parties to submit a stipulation setting a briefing schedule regarding the Court's legal authority to impose a sentence of 30 months (sentence below the mandatory minimum term of imprisonment).

///

///

///

2. The parties have conferred regarding a briefing schedule. Accordingly, by this stipulation, the parties request that the Court set the briefing schedule as follows:

a) The government's brief on the issue will be filed on or before September 16, 2024;

b) The defendant's response to the government's brief will be filed on or before September 30, 2024.

IT IS SO STIPULATED.

Dated: September 13, 2024

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: September 13, 2024

/s/ MEGAN HOPKINS
MEGAN HOPKINS
Counsel for Defendant
SABIAN ZAKORY QUESADA

## ORDER

Based upon the stipulation and representations of the parties, the Court **ADOPTS** the following as a briefing schedule regarding the Court's legal authority to impose a sentence of 30 months in this case:

a) The government's brief on the issue shall be filed on or before **September 16, 2024**; and

b) The defendant's response to the government's brief will be filed on or before **September 30, 2024**.

IT IS SO ORDERED.

Dated: September 16, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE